**No. 45484.**—Protests 902078–G, etc., of Augenblick & Bros. et al. (New York).

Opinion by KEEFE, J. On the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that an allowance of 10 percent should be made for the weight of the gelatinous material in the tins in question.